# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Rebecca Lynn Schwinnen,

    Plaintiff,

v.

Ohio Reformatory for Women,

    Defendant.

Case No. 2:23-cv-575

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On March 7, 2023, the Magistrate Judge issued a Report and Recommendation ("R&R") in this *pro se*, prisoner civil rights case. R&R, ECF No. 4. The R&R recommends dismissing Plaintiff's Complaint because the sole defendant, Ohio Reformatory for Women, is not an entity capable of being sued under 42 U.S.C. § 1983. *Id.* at 4. However, the R&R recommends granting Plaintiff leave to amend. *Id.*

The R&R notified Plaintiff of her right to object to the recommendation contained therein and that failure to object could result in forfeiture of rights on appeal. *Id.* at 5. The deadline for objecting has passed, and Plaintiff did not object.

Accordingly, the Court **ADOPTS** the R&R. Plaintiff may file an amended complaint that names a proper defendant(s) within **TWENTY-EIGHT DAYS** of

this Order. Failure to file a timely amended complaint will result in automatic dismissal of Plaintiff's Complaint with prejudice.

**IT IS SO ORDERED.**

*Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**